UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ROBIN SHOLLEY,**   CASE NO.   3:13-cv-013

　　　Plaintiff,   **Judge Timothy S. Black**

　　**-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

　　　Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the Commissioner for an immediate award of benefits; and this case is **CLOSED** from the docket of the Court.

Date: November 12, 2013　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　By: _s/ M. Rogers_
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk